# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
Filed: March 14, 2017

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | | UNPUBLISHED |
| CAROL STANLEY, | * | |
| | * | No. 16-1343V |
| Petitioner, | * | |
| v. | * | Special Master Gowen |
| | * | |
| SECRETARY OF HEALTH | * | Notice of Voluntary Dismissal; |
| AND HUMAN SERVICES, | * | Vaccine Rule 21(a). |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER CONCLUDING PROCEEDINGS[1]

On March 10, 2017, petitioner filed a notice of voluntary dismissal, requesting that this claim be dismissed pursuant to Vaccine Rule 21(a). Voluntary Dismissal (ECF No. 17). In accordance with this rule, this case is hereby **dismissed without prejudice**. The Clerk of the Court is instructed that **judgment shall not enter** in the instant case pursuant to 42 U.S.C. § 300aa-21(a).

**IT IS SO ORDERED.**

Any questions about this Order may be directed to my law clerk, Kate Burmeister, at (202) 357-6375 or kate_burmeister@cfc.uscourts.gov.

**IT IS SO ORDERED.**

**s/Thomas L. Gowen**
Thomas L. Gowen
Special Master

---

[1] Because this unpublished order contains a reasoned explanation for the action in this case, I intend to post it to the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to delete medical or other information, that satisfies the criteria in § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.